

# NUMBER 13-24-00442-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

SHAMROCK ENTERPRISES, LLC
D/B/A FRSTEAM GULFCOAST/LA,                                      Appellant,

v.

TOP NOTCH MOVERS, LLC,                                            Appellee.

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
## OF NUECES COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron
Memorandum Opinion by Chief Justice Tijerina**

Appellant Shamrock Enterprises, LLC d/b/a FRSTeam Gulfcoast/LA appeals the

trial court's no-answer default judgment and subsequent denial of its bill of review, arguing

that appellee Top Notch Movers, LLC "failed to serve appellant in strict compliance with

the statutory requirements." On April 14, 2025, this Court abated the appeal pending a

ruling from the Supreme Court of Texas in a related case between the same parties, which involved a similar contract, similar lawsuit, and similar no-answer default judgment. *See Shamrock Enters., LLC v. Top Notch Movers, LLC*, 728 S.W.3d 693, 700 (Tex. 2026).

On January 16, 2026, the Supreme Court of Texas vacated the trial court's no-answer default judgment in the related cause and remanded it to the trial court for further proceedings. *Id.* It held that that appellant was not served with process because the record did "not demonstrate strict compliance with the Texas Business Organizations Code's substituted-service requirements." *Id.*

On June 4, 2026, appellant filed a motion to reinstate the appeal. The controlling facts dispositive of the issues presented in this case are identical to those in the related case. *Id.* Accordingly, we must find that appellant was not served with process. *See id.* We hereby grant appellant's motion to reinstate, reinstate the case, vacate the trial court's no-answer default judgment, and remand the cause to the trial court for further proceedings. *See id.*

JAIME TIJERINA
Chief Justice

Delivered and filed on the
18th day of June, 2026.

2